### Budman, Appellant, v. Philadelphia.

Argued April 23, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

150

 

*Stanley Dolnick*, with him *Dolnick & Gardner*, for appellants.

*Karl I. Schofield*, Assistant City Solicitor, with him *Matthew W. Bullock, Jr.*, Assistant City Solicitor, *James L. Stern*, Deputy City Solicitor, and *Edward G. Bauer, Jr.*, City Solicitor, for City of Philadelphia, appellee.

OPINION PER CURIAM, June 5, 1963:

The decree of the Court of Common Pleas of Philadelphia County, refusing the plaintiffs' prayer for a preliminary injunction, is affirmed. Costs to be divided between the parties.